Form 1-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**     **FORM 1**

| ALPI INTERNATIONAL LTD.<br><br>                                Plaintiff,<br><br>v.<br><br>UNITED STATES,<br>                                Defendant. |
|---|

**S U M M O N S**

Court No. 21-00064____

**TO:** The Attorney General and the Secretary of Homeland Security:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).



/s/ **Mario Toscano**
Clerk of the Court

### PROTEST

| Port of Entry: San Francisco | Date Protest Filed: 12/23/19 |
|---|---|
| Protest Number: 2809-19-102024 | Date Protest Denied: 10/13/20 |
| Importer: Alpi International Ltd. | |
| Category of Merchandise: Toys | |

### ENTRIES INVOLVED IN ABOVE PROTEST

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| BUU-1284440-9 | 4/21/19 | 11/1/19 | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Port Director,
U.S. Customs and Border Protection
555 Battery Street, Room 319
San Francisco, CA 94111

Address of Customs Port in
Which Protest was Denied

Stein Shostak Shostak Pollack & O'Hara, LLP
865 S. Figueroa St., Ste. 1388
Los Angeles, CA 900174
Tel: (213) 630-8888
elon@steinshostak.com
Name, Address, Telephone Number
and E-mail Address of Plaintiff's Attorney

## CONTESTED ADMINISTRATIVE DECISION

| Appraised Value of Merchandise | | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | | |
| Protest Claim: | | |

| Classification, Rate or Amount | | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Paragraph or Item Number | Rate | Paragraph or Item Number | Rate |
| Toys | 3926.40.0090 | 5.3% | 9503.00.0090 | Free |

**Other**

State Specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim:
Alpi International, Ltd. challenges CBP's classification and assessment of duties on certain Squeezies® stress relievers not shaped like balls under HTSUS 3926.40.0090 (5.3%) as decorative plastic articles. All Squeezies® regardless of shape are properly classified under HTSUS 9503.00.0090 as toys.

The issue which was common to all such denied protests:

Whether Squeezies® are toys.

Every denied protest included in this civil action was filed by the same above-named importer, or by an authorized person in the importer's behalf. The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid, and were paid at the port of entry unless otherwise shown.

/s/Christopher J. Duncan
*Signature of Plaintiff's Attorney*

February 22, 2021
*Date*

**FORM 5**

# UNITED STATES COURT OF INTERNATIONAL TRADE
## INFORMATION STATEMENT

*(Place an "X" in applicable [ ])*

**PLAINTIFF:**
Alpi International, Ltd.,

Court No. 21-00064

**ATTORNEY** *(Name, Address, Telephone No.)*:

Stein Shostak Shostak Pollack & O'Hara, LLP
865 S. Figueroa St., Ste. 1388
Los Angeles, CA 90017
(213) 630-8888

**CONSTITUTIONAL ISSUE - 28 U.S.C. § 255**

If this action raises an issue of the constitutionality of an Act of Congress, a proclamation of the President or an Executive order, check this box: [ ]

## JURISDICTION

**28 U.S.C. § 1581(a) - Tariff Act of 1930, Section 515 - 19 U.S.C. § 1515**

[ ] Appraisal   [X] Classification   [ ] Charges or Exactions   [ ] Vessel Repairs
[ ] Exclusion   [ ] Liquidation   [ ] Drawback
[ ] Refusal to Reliquidate   [ ] Rate of Duty   [ ] Redelivery

**28 U.S.C. § 1581(b) - Tariff Act of 1930, Section 516 - 19 U.S.C. § 1516**

[ ] Appraisal   [ ] Classification   [ ] Rate of Duty

**28 U.S.C. § 1581(c) - Tariff Act of 1930, Section 516A(a)(1), (a)(2) or (a)(3) - 19 U.S.C. §1516a or Section 517(g) – 19 U.S.C. §1517**

*(Provide a brief description of the administrative determination you are contesting, including any relevant **Federal Register** or **Administrative Determination** citation(s) and the product(s) involved in the determination. For Section 516A(a)(1) or (a)(2), cite the specific subparagraph and clause of the section.)*

Subparagraph and Clause _____ Agency _____

**Federal Register or Administrative Determination** Cite(s) _____

Product(s) _____

**28 U.S.C. § 1581(d) - Trade Act of 1974 - 19 U.S.C. §§ 2273, 2341, 2401b**

[ ] U.S. Secretary of Labor   [ ] U.S. Secretary of Commerce   [ ] U.S. Secretary of Agriculture

**28 U.S.C. § 1581(e) - Trade Agreements Act of 1979, Section 305(b)(1) - 19 U.S.C. § 2515** *(Provide a brief statement of the final determination to be reviewed.)*

**28 U.S.C. § 1581(f) - Tariff Act of 1930, Section 777(c)(2) - 19 U.S.C. § 1677f(c)(2)**

Agency:   [ ] U.S. International Trade Commission   [ ] Administering Authority

**28 U.S.C. § 1581(g) - Tariff Act of 1930, Section 641 - 19 U.S.C. § 1641 - or Section 499 - 19 U.S.C. § 1499**

[ ] Sec. 641(b)(2)   [ ] Sec. 641(b)(3)   [ ] Sec. 641(c)(1)   [ ] Sec. 641(b)(5)
[ ] Sec. 641(c)(2)   [ ] Sec. 641(d)(2)(B)   [ ] Sec. 499(b)

## JURISDICTION
(Continued)

**28 U.S.C. § 1581(h) - Ruling relating to:**

- [ ] Classification
- [ ] Rate of Duty
- [ ] Drawbacks
- [ ] Valuation
- [ ] Marking
- [ ] Vessel Repairs
- [ ] Restricted Merchandise
- [ ] Entry Requirements
- [ ] Other: _____

**28 U.S.C. § 1581(i)** - *(Cite any applicable statute and provide a brief statement describing jurisdictional basis.)*

**28 U.S.C. § 1582 - Actions Commenced by the United States**

- [ ] (1) Recover civil penalty under Tariff Act of 1930:
  - [ ] Sec. 592
  - [ ] Sec. 641(d)(2)(A)
  - [ ] Sec. 593A
  - [ ] Sec. 704(i)(2)
  - [ ] Sec. 641(b)(6)
  - [ ] Sec. 734(i)(2)
- [ ] (2) Recover upon a bond
- [ ] (3) Recover customs duties

## RELATED CASE(S)

To your knowledge, does this action involve a common question of law or fact with any other action(s) previously decided or now pending?

|  | PLAINTIFF | COURT NUMBER | JUDGE |
|---|---|---|---|
| [ ] Decided: |  |  |  |
| [ ] Pending: |  |  |  |

(Attach additional sheets, if necessary.)

(As amended, eff. Jan. 1, 1985; Jan. 25, 2000, eff. May 1, 2000; May 25, 2004, eff. Sept. 1, 2004; Nov. 29, 2005, eff. Jan. 1, 2006; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 4, 2012, eff. Jan. 1, 2013; Sept. 18, 2018, eff. Oct. 15, 2018.)

**FORM 13**

## UNITED STATES COURT OF INTERNATIONAL TRADE
One Federal Plaza
New York, New York  10278

## DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

This notification is submitted by __Stein Shostak Shostak Pollack & O'Hara, LLP__
(Name of attorney of record)
on behalf of __Alpi International, Ltd._____ in the
matter of __Alpi International, Ltd._____ v. __United States_____,
Court No. __21-00 064_____.

1. If this statement is submitted on behalf of a corporate party, that entity shall identify below all of its publicly-owned companies, any publicly-held company that has a 10% or greater ownership interest in the entity, and any publicly-owned affiliate of the entity, and describe the relationship between the party and each identified company.
N/A

2. Indicate whether the party on whose behalf this Form is being filed is ☒ or is not ☐ the real party in interest.  If not, identify below the real party in interest.

3. If this statement is submitted on behalf of a trade association, identify below each publicly-owned member of the trade association.  (Attach additional pages if necessary.)
N/A

/s/Christopher J. Duncan                    February 22, 2021
(Signature of Attorney)                          (Date)

**SEE REVERSE SIDE**

(Added Nov. 4, 1981, eff. Jan. 1, 1982; as amended Dec. 18, 2001, eff. Apr.1, 2002; Sept. 28, 2004, eff. January 1, 2005.)