Form 9-1

UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: HON. TIMOTHY M. REIF, JUDGE

| | |
|---|---|
| ALPI INTERNATIONAL, LTD., | |
| Plaintiff, | |
| v. | Court No. 21-00064 |
| UNITED STATES, | |
| Defendant. | |

## STIPULATED JUDGMENT ON AGREED STATEMENT OF FACTS

This Action, as prescribed by Rule 58.1 of the Rules of the United States Court of International Trade, is stipulated for judgment on the following Agreed Statement of Facts, in which the parties agree that:

1.  The protest and the action involved herein were filed within the time provided by law, and all liquidated duties, charges or exactions were paid prior to filing the summons.

2.  The imported merchandise covered by the entry set forth in Schedule A, attached, consists of stress-relief articles known as Squeezies®.

3.  At liquidation, U.S. Customs and Border Protection classified the imported merchandise identified in Schedule A, except the models marked with asterisks, as "Other articles of plastics …: Statuettes and other ornamental articles" under subheading 3926.40.00, Harmonized Tariff Schedule of the United States (HTSUS), at a duty rate of 5.3% *ad valorem*.

4.  The imported merchandise identified in Schedule A, except the models marked with asterisks, is classifiable as "other toys" under heading 9503.00.00, HTSUS, duty-free.

5.  The imported merchandise identified in Schedule A, except the models marked with asterisks, is stipulable in accordance with this agreement.

Form 9-2

*Stipulated Judgment on Agreed Statement of Facts*
*Alpi International, Ltd. v. United States*, Court No. 21-00064

    6.   Any refunds payable by reason of this judgment are to be paid with any interest

provided for by law.

    7.   All other claims and non-stipulable models of merchandise, *i.e.*, those involving the

models marked with an asterisk on Schedule A, are abandoned.

    8.   Each party shall bear its own costs and attorney fees.

Respectfully submitted,


By:

_____
Christopher J. Duncan
Stein Shostak Shostak Pollack & O'Hara
865 S. Figueroa St., Suite 1388
Los Angeles, CA 90017
(213) 630-8888

*Attorneys for Plaintiff*

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

PATRICIA M. McCARTHY
Director

                         12/8/2022
JUSTIN R. MILLER
Attorney-In-Charge
International Trade Field Office

                         12/8/2022
LUKE MATHERS
Trial Attorney
Department of Justice, Civil Division
Commercial Litigation Branch
26 Federal Plaza, Room 346
New York, New York 10278
(212) 264-9236

*Attorneys for Defendant*

Form 9-3

*Stipulated Judgment on Agreed Statement of Facts*
*Alpi International, Ltd. v. United States*, Court No. 21-00064

IT IS HEREBY ORDERED that this Action is decided and this final judgment is to be

entered by the Clerk of this Court; the appropriate U.S. Customs and Border Protection officials

shall reliquidate the entry and make a refund in accordance with the stipulation of the parties

set forth above.

_____
Judge

Dated: _____

Form 9-4

*Stipulated Judgment on Agreed Statement of Facts*
*Alpi International, Ltd. v. United States*, Court No. 21-00064

## SCHEDULE A TO STIPULATED JUDGMENT

Port: San Francisco, CA (2809)

| Protest No. | Entry Number | Entry Date | Liquidation Date | Model Number | Article Description |
|---|---|---|---|---|---|
| 2809-19-102024 | BUU-1284440-9 | 04/21/2019 | 11/01/2019 | 2603332 | HEART SQUEEZIE* |
| 2809-19-102024 | BUU-1284440-9 | 04/21/2019 | 11/01/2019 | 2613631 | HORSE SQUEEZIE BLACK* |
| 2809-19-102024 | BUU-1284440-9 | 04/21/2019 | 11/01/2019 | 26189 | AVOCADO SQUEEZIE |
| 2809-19-102024 | BUU-1284440-9 | 04/21/2019 | 11/01/2019 | 26205 | SUMO WREASTLER SQUEEZIE* |
| 2809-19-102024 | BUU-1284440-9 | 04/21/2019 | 11/01/2019 | 2630932 | CUBE SQUEEZIE RED* |
| 2809-19-102024 | BUU-1284440-9 | 04/21/2019 | 11/01/2019 | 26315 | BASEBALL SQUEEZE* |
| 2809-19-102024 | BUU-1284440-9 | 04/21/2019 | 11/01/2019 | 2632136 | BASKETBALL SQUEEZE* |
| 2809-19-102024 | BUU-1284440-9 | 04/21/2019 | 11/01/2019 | 2637431 | 70MM STRESS BALL BLACK* |
| 2809-19-102024 | BUU-1284440-9 | 04/21/2019 | 11/01/2019 | 2637431 | 70MM STRESS BALL BLACK* |
| 2809-19-102024 | BUU-1284440-9 | 04/21/2019 | 11/01/2019 | 2637435 | 70MM BALL NEON YELLOW* |
| 2809-19-102024 | BUU-1284440-9 | 04/21/2019 | 11/01/2019 | 2645530 | CLOUD WHITE |

Form 9-5

| 2809-19-102024 | BUU-1284440-9 | 04/21/2019 | 11/01/2019 | 26559 | PROPANE TANK SQUEEZIE |
|---|---|---|---|---|---|
| 2809-19-102024 | BUU-1284440-9 | 04/21/2019 | 11/01/2019 | 26632 | EMOJI – YIKES* |
| 2809-19-102024 | BUU-1284440-9 | 04/21/2019 | 11/01/2019 | 26634 | EMOJI - WINK WINK* |
| 2809-19-102024 | BUU-1284440-9 | 04/21/2019 | 11/01/2019 | 26636 | EMOJl-LOL* |

*All claims arising from these models are abandoned.